Form oscmsdoc – oscmissdocv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–13615–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Guy N Wade
aka Guy Wade
66 Pheasant Lane
Willingboro, NJ 08046

Social Security No.:
xxx–xx–6208

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

The debtor filed a petition on April 1, 2026 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Chapter 13 Disclosure of Attorney Compensation (LOCAL FORM), Statement of Your Current Monthly Income & Calc of Commitment Period(122C–1), Calculation of Your Disposable Income (122C–2) – If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J,

It is hereby ORDERED that:

A hearing is scheduled before the Honorable Michael B. Kaplan on:

Date: April 27, 2026
Time: 11:00 AM
Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 160 546 2580, Click on JOIN using passcode 962296, or call 1–646–828–7666

to show cause why the case should not be dismissed.

If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required documents are filed before the hearing date on this Order to Show Cause, or you have filed a Motion for Extension of Time to File Schedules, you **must** appear at the hearing, which may be conducted in–person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom. Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to file all required documents, seek an extension, or appear at the hearing will result in dismissal of the case.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form.**

**Please check www.njb.uscourts.gov to find updated forms.**

Dated: April 2, 2026
JAN: wdr

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge